UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**PRINCETON C. NORMAN,**

    **Plaintiff,**

v.                                          Case No. 5:24-cv-169-TKW/MJF

**T. BOWDEN, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 6). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed without prejudice for failure to prosecute, failure to pay the filing fee, and failure to comply with court orders.[1] Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1] The case could also be dismissed for Plaintiff's failure to keep the Court apprised of his current address because the copy of the Report and Recommendation mailed to Plaintiff at his address of record was returned as undeliverable by the Post Office. *See* Doc. 7.

2. This case is **DISMISSED** without prejudice.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 7th day of October, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**